**DISMISS; and Opinion Filed September 16, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00096-CR
No. 05-13-00097-CR

**CRYSTAL LUCIA LIVELY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-45876-K, F11-56676-K**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

130096F.U05